UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
|    **Ronald Mizrachi** | ) | **09-19895 HRT** |
|    **Mary Jo Mizrachi** | ) | |
| Debtor | ) | Chapter 13 |

## ORDER GRANTING MODIFICATION TO CONFIRMED CHAPTER 13 PLAN

     THIS MATTER, having come before the court on the Motion to Modify Confirmed Chapter 13 plan filed by Rhonda Crawford on August 24, 2010, at docket no. 79.  Proper notice having been given and no objections having been filed or any objections filed having been withdrawn, it is hereby

     ORDERED that the Motion to Modify Confirmed Chapter 13 Plan is GRANTED. The modified Chapter 13 Plan dated August 24, 2010, at docket no. 78 is approved.  This order binds those creditors and parties in interest that have been properly served.  The debtors must make payments as specified by the plan as modified.

Dated this  2nd  day of  June , 2011.

                                                             BY THE COURT:

                                                             /s/Howard R. Tallman
                                                     United States Bankruptcy Judge