## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: RONALD MIZRACHI  
       MARY JO MIZRACHI  
       Debtor(s)

Case No.: 09-19895 HRT

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sally J. Zeman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/22/2009.
2) The plan was confirmed on 12/16/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 06/02/2011.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/23/2010.
5) The case was completed on 06/30/2014.
6) Number of months from filing or conversion to last payment: 61.
7) Number of months case was pending: 64.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 71,120.00.
10) Amount of unsecured claims discharged without full payment: 20,804.12.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $27,300.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $27,300.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,361.16 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $2,861.16 |

Attorney fees paid and disclosed by debtor:    $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CAP ONE | Unsecured | 145.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | Unsecured | NA | 7,249.95 | 7,249.95 | 3,341.16 | .00 |
| CLASS FOUR CREDITORS | Unsecured | NA | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 2,114.09 | 2,114.09 | 974.26 | .00 |
| FORD MOTOR CREDIT COMPANY | Secured | NA | 19,168.55 | 1,427.00 | 1,427.00 | .00 |
| FRD MOTOR CR | Secured | 19,966.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE | Secured | 213,158.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE, LLC | Secured | NA | 4,318.46 | 4,318.46 | 4,318.46 | .00 |
| HOME COMING FUNDING NE | Secured | 233,005.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 2,008.83 | 2,008.83 | 925.77 | .00 |
| NEW YORK CHILD SUPPORT RG | Priority | 1,090.74 | NA | NA | .00 | .00 |
| NEW YORK DIV OF CHILD SUPPORT EN | Priority | NA | 1,391.00 | 1,391.00 | 1,391.00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: RONALD MIZRACHI  
      MARY JO MIZRACHI  
      Debtor(s)

Case No.: 09-19895 HRT

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OAK HARBOR CAPITAL LLC | Unsecured | NA | 1,126.02 | 1,126.02 | 518.94 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Unsecured | NA | 4,040.21 | 4,040.21 | 1,861.95 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Unsecured | NA | 256.82 | 256.82 | 118.26 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Unsecured | NA | 1,175.30 | 1,175.30 | 541.64 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Unsecured | NA | 678.77 | 678.77 | 312.55 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Unsecured | NA | 3,675.48 | 3,675.48 | 1,693.84 | .00 |
| PUBLIC SER | Unsecured | 55.00 | NA | NA | .00 | .00 |
| ROBLE TAGLE | Priority | NA | .00 | .00 | .00 | .00 |
| ROBLE TAGLE | Priority | 300.00 | NA | NA | .00 | .00 |
| ROSENTHAL MORGAN & THOMA | Unsecured | 361.31 | NA | NA | .00 | .00 |
| VANDA, LLC. | Unsecured | NA | 2,292.31 | 2,292.31 | 1,056.41 | .00 |
| WACHOVIA DEALER SERVICES | Unsecured | NA | 11,092.54 | 11,092.54 | 5,112.00 | .00 |
| WESTERRA CREDIT UNION | Unsecured | NA | 1,834.87 | 1,834.87 | 845.60 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: RONALD MIZRACHI  
       MARY JO MIZRACHI  
       Debtor(s)

Case No.: 09-19895 HRT

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WFS/WACHOVIA DEALER SV | Secured | 33,784.00 | NA | NA | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|   Mortgage Ongoing: | .00 | .00 | .00 |
|   Mortgage Arrearage: | 4,318.46 | 4,318.46 | .00 |
|   Debt Secured by Vehicle: | 1,427.00 | 1,427.00 | .00 |
|   All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 5,745.46 | 5,745.46 | .00 |
| **Priority Unsecured Payments:** | | | |
|   Domestic Support Arrearage: | 1,391.00 | 1,391.00 | .00 |
|   Domestic Support Ongoing: | .00 | .00 | .00 |
|   All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,391.00 | 1,391.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 37,545.19 | 17,302.38 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,861.16 |
| Disbursements to Creditors: | $24,438.84 |
| **TOTAL DISBURSEMENTS:** | $27,300.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/11/2014       By: /s/Sally J. Zeman  
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.